# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN  DIVISION

| | | |
|---|---|---|
| BILLIE JOHNSON | § | |
| | § | |
| V. | § | CASE NO.  4:04CV329 |
| | § | (Judge Schneider/Judge Bush) |
| SCOTT NEUMEYER | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636.  On June 8, 2005, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendation that the above titled and numbered cause of action be DISMISSED for want of prosecution.

Having received the report of the United States Magistrate Judge,  and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.  It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the above titled and numbered cause of action is DISMISSED for lack of interest and want of prosecution on the part of Plaintiff.

**SIGNED this 29th day of June, 2005.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE